1004

*In the Matter of the Marriage of* RALEIGH "BUTCH" HEITZMAN, *Appellant, and* PAMELA S. HEITZMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-3-00162-9, Susan L. Hahn, J., entered September 9, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

THE STATE OF WASHINGTON, *Respondent,* v. JESUS MADRIGAL, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 93-1-50239-6, Duane E. Taber, J., entered December 7, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. E.J., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00090-2, Robert D. Austin, J., entered January 4, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

DEBORAH K. COZZA, *Respondent,* v. DENISE PIUKKULA, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-01062-6, John Ripple, J., entered March 23, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.